IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PARIS TOOKS, )<br>               Plaintiff, )<br>                           )<br>     vs.                       )<br>                           )<br>KEEFE COMMISSARY NETWORK )<br>SALES, 950 Second Avenue, Pittsburgh, )<br>PA; KEEFE COMMISARY NETWORK )<br>SALES, P.O. Box 17490, St. Louis, MO, )<br>               Defendants. ) | Civil Action No. 10-1265<br>District Judge Terrence F. McVerry<br>Magistrate Judge Maureen P. Kelly |

**O R D E R**

      AND NOW, this 28th day of December, 2011, after the Plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until December 23, 2011, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

      IT IS HEREBY ORDERED that the Complaint [3] is dismissed for failure to prosecute.

      IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the parties desire to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

                                                  s/ Terrence F. McVerry<br>
                                                  TERRENCE F. McVERRY<br>
                                                  United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Paris Tooks
1510 Hays Street
Homestead, PA 15120

All Counsel of Record by electronic filing